IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Kevin C. Bradley,<br><br>         Petitioner,<br><br>v.<br><br>Warden, Lieber Correctional Institution,<br><br>         Respondent. | C/A No. 6:17-672-JFA-KFM<br><br><br>**ORDER** |

  On February 20, 2018, this Court issued an Order adopting the Report and Recommendation as prepared by the Magistrate Judge and accordingly granted the Respondent's motion for Summary Judgment. (ECF No. 43). Petitioner had not filed any objections to the Report and Recommendation prior to the issuance of that Order, and such objections were due by February 14, 2018. *See* (ECF No. 38).

  On February 16, 2018, however, Petitioner moved this Court for an extension of time in which to file objections to the Magistrate Judge's Report and Recommendation (ECF No. 41), but this Motion was not entered on the docket until February 20, 2018. Petitioner stated that his failure to respond was caused by his limited access to the correctional institution's law library. (ECF No. 41 p. 1). Taking this claim at face value, this Court finds it prudent to vacate its previous order adopting the Report and Recommendation without objection and allow the Petitioner more time to file any

objections he may have. Petitioner will have seven (7) days from the entry of this Order in which to file objections to the Report and Recommendation. (ECF No. 38). Thus, Petitioner's deadline to file objections is now February 28, 2018.

    IT IS SO ORDERED.

February 21, 2018  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge